JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUTHERFORD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SOUTHSIDE INVESTMENT CO.,<br><br>　　　　Defendant. | NO. CV 20-1132 FMO (ADSx)<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

Having been advised by counsel that the above-captioned action ("the action") has been settled, IT IS ORDERED that the action is hereby **dismissed** without costs and without prejudice to the right, upon good cause shown by **September 14, 2020,** to re-open the action if settlement is not consummated. The court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated this 13th day of August, 2020.

　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　Fernando M. Olguin
　　　　　　　　　　　　　　　　United States District Judge